UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  13-cv-2366 SRN/FLN

_____

Kate Barton, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

Specialized Loan Servicing, LLC,

        Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES**

_____

Plaintiff Kate Barton, on behalf of herself and all others similarly situated, by and through her attorney of record, pursuant to Federal Rule of Civil Procedure 23, respectfully moves this Court for an Order granting preliminary approval of a class action settlement of all claims, in accordance with the terms set forth more fully in the Stipulation of Settlement.

Dated this 17th day of November, 2014.

Respectfully Submitted,

By: s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
*ATTORNEY FOR PLAINTIFF KATE BARTON*
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:(651) 704-0907
tommycjc@aol.com

1