UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.:  13-cv-2366 SRN/FLN
_____

| | |
|---|---|
| Kate Barton, on behalf of herself and all others similarly situated, | |
| Plaintiff, | **PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |
| v. | |
| Specialized Loan Servicing, LLC, | |
| Defendant. | |

_____

Plaintiff hereby moves the Court for an award for attorney's fees and costs in connection with the above-entitled class action.  Plaintiff's Memorandum, Declaration and evidence in support of Plaintiff's Motion shall be filed contemporaneously herewith.

Dated this 11th day of May, 2015.

By: s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr., Esq.
Attorney I.D. #249646
*ATTORNEY FOR PLAINTIFF KATE BARTON AND THE CLASS*
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (651) 770-9707
Facsimile:(651) 704-0907
tommycjc@aol.com